| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF MICHIGAN |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Luck of the Irish, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  The Waldron Public House, LLC**<br>**DBA  McFadden's Restaurant & Saloon** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-3254255** |
| 4. | Debtor's address | **Principal place of business**<br><br>**58 Ionia Avenue NW**<br>**Grand Rapids, MI 49503**<br>Number, Street, City, State & ZIP Code<br><br>**Kent**<br>County | **Mailing address, if different from principal place of business**<br><br>**35 Oaks Street SW #400**<br>**Grand Rapids, MI 49530**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Luck of the Irish, LLC**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See attached list** | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor    **Luck of the Irish, LLC**                               Case number (*if known*)
          Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Luck of the Irish, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 3, 2020**
MM / DD / YYYY

X **/s/ Mark A. Sellers, III**                             **Mark A. Sellers, III**
Signature of authorized representative of debtor           Printed name

Title   **Founder and Chairman of the Board**

**18. Signature of attorney**

X **/s/ Rozanne M. Giunta**                         Date **June 3, 2020**
Signature of attorney for debtor                         MM / DD / YYYY

**Rozanne M. Giunta P29969**
Printed name

**Warner Norcross & Judd, LLP**
Firm name

**715 E. Main Street**
**Suite 110**
**Midland, MI 48640-5382**
Number, Street, City, State & ZIP Code

Contact phone  **989-698-3758**      Email address  **rgiunta@wnj.com**

**P29969 MI**
Bar number and State

PENDING BANKRUPTCY CASES FILED BY AFFILIATES

| Debtor Name | Federal ID | District Filed | Relationship |
|---|---|---|---|
| BarFly Ventures, LLC | 8379 | Western | Affiliate |
| Barfly Management, LLC | 6274 | Western | Affiliate |
| 9 Volt, LLC dba HopCat-GR | 1129 | Western | Affiliate |
| 50 Amp Fuse, LLC dba Stella's Lounge | 3684 | Western | Affiliate |
| EL Brewpub, LLC dba Hopcat East Lansing | 5334 | Western | Affiliate |
| GRBC Holdings, LLC dba Grand Rapids Brewing Company | 2130 | Western | Affiliate |
| Luck of the Irish, LLC dba The Waldron Public House and McFadden's Restaurant & Saloon | 4255 | Western | Affiliate |
| Hopcat-Ann Arbor, LLC | 5229 | Western | Affiliate |
| Hopcat-Chicago, LLC | 7552 | Western | Affiliate |
| Hopcat-Concessions, LLC | 2597 | Western | Affiliate |
| Hopcat-Detroit, LLC | 8519 | Western | Affiliate |
| HopCat-GR Beltline, LLC | 9149 | Western | Affiliate |
| HopCat-Holland, LLC | 7132 | Western | Affiliate |
| Hopcat-Indianapolis, LLC dba HopCat-Broad Ripple | 7970 | Western | Affiliate |
| Hopcat-Kalamazoo, LLC | 8992 | Western | Affiliate |
| Hopcat-Kansas City, LLC dba HopCat-KC, LLC and Tikicat | 6242 | Western | Affiliate |
| Hopcat-Lexington, LLC | 6748 | Western | Affiliate |
| Hopcat-Lincoln, LLC | 2999 | Western | Affiliate |
| Hopcat-Louisville, LLC | 0252 | Western | Affiliate |
| Hopcat-Madison, LLC | 9108 | Western | Affiliate |
| Hopcat-Minneapolis, LLC | 8622 | Western | Affiliate |
| Hopcat-Port St. Lucie, LLC | 0616 | Western | Affiliate |
| Hopcat-Royal Oak, LLC | 1935 | Western | Affiliate |
| Hopcat-St. Louis, LLC | 6994 | Western | Affiliate |
| The date filed in each case are all the same date and the Judges will be determined by the Court. | | | |

Fill in this information to identify the case:

Debtor name: **Luck of the Irish, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Outfront Media/CBS Outdoor** P.O. Box 33074 Newark, NJ 07188 | | | | | | $30,000.00 |
| **Sweet House Foundation** 254 Fulton Street E Grand Rapids, MI 49503 | | | | | | $4,900.00 |
| **Live Nation Worldwide, Inc.** 20 Monroe Live 11 Ottawa Ave. NW Grand Rapids, MI 49503 | | | | | | $4,209.56 |
| **Semi Charmed Life** 888 Seventh Avenue 7th Floor New York, NY 10106 | | | | | | $2,500.00 |
| **Metro Detroit Screen Printing** 15841 24 Mile Road Macomb, MI 48042 | | | | | | $339.20 |
| **John Sinkevics** 7491 Las Palmas Dr. NE Rockford, MI 49341 | | | | | | $123.60 |
| **Ryan Leibinger** 3971 Whispering Way Dr. SE #13 Grand Rapids, MI 49546 | | | | | | $120.00 |
| **Dawson Rubin** 1108 Watson St. SW Grand Rapids, MI 49504 | | | | | | $40.00 |

| Debtor | Luck of the Irish, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cozzini Bros. Inc.<br>350 Howard Ave.<br>Des Plaines, IL 60018 | | | | | | $0.00 |
| Gordon Food Service<br>Dept. CH 10490<br>Palatine, IL 60055 | | | | | | $0.00 |
| Great America Financial Serv.<br>P.O. Box 660831<br>Dallas, TX 75266 | | | | | | $0.00 |
| Ionia Ventures, LLC<br>4380 Brockton Drive SE<br>Suite 1<br>Grand Rapids, MI 49512 | | | | | | $0.00 |
| NCR Corporation<br>PO Box 198755<br>Atlanta, GA 30384 | | | | | | $0.00 |
| NuArx Inc<br>P.O. Box 771994<br>Detroit, MI 48277-1994 | | | | | | $0.00 |

# United States Bankruptcy Court
## Western District of Michigan

In re  **Luck of the Irish, LLC**
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Barfly Ventures, LLC**<br>**35 Oakes Street SW #400**<br>**Grand Rapids, MI 49530** | | **100%** | **Membership Interest** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Founder and Chairman of the Board** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 3, 2020**

Signature  **/s/ Mark A. Sellers, III**
**Mark A. Sellers, III**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Western District of Michigan

In re    **Luck of the Irish, LLC**                  Case No.       
                                 Debtor(s)               Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Mark A. Sellers, III**, declare under penalty of perjury that I am the **Founder and Chairman of the Board** of Luck of the Irish, LLC, and that the following is a true and correct copy of the resolutions adopted by the Members of said Limited Liability Company (the "Company") at a special meeting duly called and held on the 3rd day of June, 2020.

"Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Mark A. Sellers, III, Founder and Chairman of the Board** of this Company is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that **Mark A. Sellers, III, Founder and Chairman of the Board** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Mark A. Sellers, III, Founder and Chairman of the Board** of this Company is authorized and directed to employ **Rozanne M. Giunta P29969**, attorney and the law firm of **Warner Norcross & Judd, LLP** to represent the Company in such bankruptcy case."

Date    June 3, 2020                       Signed    **/s/ Mark A. Sellers, III**
                                                                               **Mark A. Sellers, III**

# BARFLY VENTURES, LLC AND ITS AFFILIATES
# RESOLUTION TO FILE CHAPTER 11 BANKRUPTCY

A meeting of the Board of Directors of BARFLY VENTURES, LLC, a Michigan limited liability company (the "**Company**"), was held on May 29, 2020.

The Company is the sole member and manager of the following entities: 9 Volt, LLC (d/b/a HopCat), 50 Amp Fuse, LLC (d/b/a Stella's Lounge), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company), E L Brewpub, LLC (d/b/a HopCat East Lansing), HopCat-Ann Arbor, LLC, HopCat-Chicago, LLC, HopCat-Concessions, LLC, HopCat-Detroit, LLC, HopCat-GR Beltline, LLC, HopCat-Holland, LLC, HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple), HopCat-Kalamazoo, LLC, HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and Tikicat), HopCat-Lexington, LLC, HopCat-Lincoln, LLC, HopCat-Louisville, LLC, HopCat-Madison, LLC, HopCat-Minneapolis, LLC, HopCat-Port St. Lucie, LLC, HopCat-Royal Oak, LLC, HopCat-St. Louis, LLC, Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant & Saloon) (collectively, the ("**Affiliates**").

All of the directors of the Company were present and proper notice of the meeting was provided or waived.

Upon motion duly made, seconded and carried, the following resolutions were adopted by at least a majority of the members of the Board of Directors:

> IT IS RESOLVED that, in light of the current circumstances of the Company and its Affiliates, it is in the best interests of the Company, its Affiliates, and their creditors for the Company and its Affiliates to file voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, 11 U.S.C. Sections 101 et seq. ("**Chapter 11**") in the United States Bankruptcy Court for the Western District of Michigan;

> IT IS FURTHER RESOLVED that the Company, its Affiliates, and their officers are authorized and directed to take any and all steps necessary to effect the foregoing, including but not limited to executing petitions for relief under Chapter 11 and any related documents, including but not limited to the schedules and statements of financial affairs, applications and petitions for Court approval and other relief, a plan or plans of reorganization, a plan or plans for disposition of the Company's and its Affiliates' assets, and pleadings in adversary proceedings;

> IT IS FURTHER RESOLVED that Mark A. Sellers, III and/or any other officer of the Company are authorized and directed to appear on behalf of the Company and its Affiliates in all bankruptcy proceedings and to otherwise do and perform all acts and deeds necessary and to execute and deliver all necessary documents on behalf of the Company and its Affiliates in connection with such bankruptcy cases; and

> IT IS FURTHER RESOLVED that the Company and its Affiliates are authorized and directed to employ during the Chapter 11 proceedings: the law firms of Warner Norcross + Judd LLP and Pachulski Stang Ziehl & Jones LLP as legal counsel and Rock Creek Advisors LLC to provide financial advisory services and Mastodon Ventures, Inc. to provide investment banking services.

The undersigned certify that they are the respective acting Secretary and Board Chairman of the Company and that the foregoing is a true record of resolutions duly adopted at a meeting of the directors and that said meeting was held in accordance with State law and the operating agreement of the Company.  The above resolutions are now in full force and effect without modification or rescission.


/s/ Amy Unseld_____          /s/ Mark A. Sellers, III_____
By: Amy Unseld                              By: Mark A. Sellers, III
Its: Acting Secretary                       Its: Board Chairman

# United States Bankruptcy Court
### Western District of Michigan

In re    **Luck of the Irish, LLC**                Case No. 
                         Debtor(s)        Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Founder and Chairman of the Board of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 3, 2020**              **/s/ Mark A. Sellers, III**
                                          **Mark A. Sellers, III**/**Founder and Chairman of the Board**
                                          Signer/Title

```
                    UNITED STATES ATTORNEY'S OFFIC
                    WESTERN DISTRICT OF MICHIGAN
                    BANKRUPTCY SECTION
                    P.O. BOX 208
                    GRAND RAPIDS MI 49501-0208


                    INTERNAL REVENUE SERVICE
                    P.O. BOX 7346
                    PHILADELPHIA PA 19101-7346


                    MICHIGAN DEPARTMENT OF TREASURY
                    BANKRUPTCY UNIT
                    P.O. BOX 30168
                    LANSING MI 48909


                    MICHIGAN UNEMPLOYMENT INS. AGE
                    PROOF OF CLAIM UNIT
                    3024 WEST GRAND BLVD.
                    SUITE 11-500
                    DETROIT MI 48202


                    CONGRUENT INVESTMENT PARTNERS
                    CIP ADMINISTRATIVE, LLC
                    ATTN: MATT KILLEBREW
                    3400 CARLISLE STREET, STE. 430
                    DALLAS TX 75204


                    COZZINI BROS. INC.
                    350 HOWARD AVE.
                    DES PLAINES IL 60018


                    DAWSON RUBIN
                    1108 WATSON ST. SW
                    GRAND RAPIDS MI 49504


                    GORDON FOOD SERVICE
                    DEPT. CH 10490
                    PALATINE IL 60055


                    GREAT AMERICA FINANCIAL SERV.
                    P.O. BOX 660831
                    DALLAS TX 75266
```

```
IONIA VENTURES, LLC
4380 BROCKTON DRIVE SE
SUITE 1
GRAND RAPIDS MI 49512


JOHN SINKEVICS
7491 LAS PALMAS DR. NE
ROCKFORD MI 49341


LIVE NATION WORLDWIDE, INC.
20 MONROE LIVE
11 OTTAWA AVE. NW
GRAND RAPIDS MI 49503


METRO DETROIT SCREEN PRINTING
15841 24 MILE ROAD
MACOMB MI 48042


NCR CORPORATION
PO BOX 198755
ATLANTA GA 30384


NUARX INC
P.O. BOX 771994
DETROIT MI 48277-1994


OUTFRONT MEDIA/CBS OUTDOOR
P.O. BOX 33074
NEWARK NJ 07188


RYAN LEIBINGER
3971 WHISPERING WAY DR. SE #13
GRAND RAPIDS MI 49546


SEMI CHARMED LIFE
888 SEVENTH AVENUE
7TH FLOOR
NEW YORK NY 10106


SWEET HOUSE FOUNDATION
254 FULTON STREET E
GRAND RAPIDS MI 49503
```

# United States Bankruptcy Court
## Western District of Michigan

In re  **Luck of the Irish, LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Luck of the Irish, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Barfly Ventures, LLC**  
**35 Oakes Street SW #400**  
**Grand Rapids, MI 49530**

☐ None [*Check if applicable*]

**June 3, 2020**  
Date

**/s/ Rozanne M. Giunta**  
**Rozanne M. Giunta P29969**  
Signature of Attorney or Litigant  
Counsel for **Luck of the Irish, LLC**  
Warner Norcross & Judd, LLP  
715 E. Main Street  
Suite 110  
Midland, MI 48640-5382  
989-698-3758 Fax:989-486-6158  
rgiunta@wnj.com